1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

DAVID ERNEST GILDERSLEEVE,               )     No. CV 12-3484-R (PLA)
                                                              )
                Petitioner,          )     **ORDER ACCEPTING**
                                                              )     **MAGISTRATE JUDGE'S SECOND**
        v.                                    )     **REPORT AND RECOMMENDATION**
                                                              )
RICHARD B. IVES,                                    )
                                                              )
                Respondent.       )
_____)

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the magistrate judge's second report and recommendation. The Court accepts the recommendations of the magistrate judge.

      ACCORDINGLY, IT IS ORDERED:

      1.     The second report and recommendation is accepted.

      2.     Respondent's request that the Petition be dismissed for lack of jurisdiction and on the merits is denied.

      3.     Respondent's motion to dismiss the Petition as moot is granted.

/

/

/

1       4.      Judgment shall be entered consistent with this order.

2       5.      The clerk shall serve this order and the judgment on all counsel or parties of record.

3

4

5   DATED: February 10, 2015

6

                   HONORABLE MANUEL L. REAL

7                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28