# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

DAVID ERNEST GILDERSLEEVE,   )   No. CV 12-3484-R (PLA)
        Petitioner,   )   **JUDGMENT**
    v.   )
RICHARD B. IVES,   )
        Respondent.   )

Pursuant to the order accepting the magistrate judge's second report and recommendation, IT IS ADJUDGED that the petition in this matter is denied.

DATED: February 10, 2015

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE